1  James L. Hines 197067
2  Box 3400 ADOC (Browning)
3  DSPC Florence (Eyman Complex)
4  Florence Az 85232
5
6
7           In the United States District Courts
8           Southern District of California  Ste 4290
9           880 Front Street San Diego Ca. 92101-8900
10
11
12  James Lynn O'Hines                '08 CV 1169 BTM BLM
13           -V-
14  C/o Cindy Smith C/o Amber Collior-        42 USC § 1983 Civil
15  Smith V.S. Countryman P.C. Atty.          Rights complaint.
16  1465 5th Ave San Diego Ca. 92101*
17         § Children sex and Violence Claims §
18         Personal Injury  ☒ 362 Medical-
19         Malpractice  Adult sex & Violence
20                           28 USC § 1404 n
21       A. Jurisdiction    28 USC § 1332 (a)
22  This court has jurisdiction over this action pursuant
23  to: 28 USC § 1343 (a)(3) = 42 USC § 1983   362
24  for Atascadero parallax to Southpoint El Cajon Ca 92020
25
26  Name(s): of plaintiff Hines, James Lynn. Malloy,
27  Jackson Morgal mc club prospect, Yellow Fox Seminole
28  Indian of Illinois & Florida.  See Exhibits: Tattoos.

-1-

1. Exhaustion of Remedies? Yes. Up to date since
2. 2002 ... San Diego County. 5/29/08 ... 0052738.
3. 9/20/02 ... 0040670. El Cajon Ca 5/28/08
4. received but not documented for lack of case No.
5. and June 3rd 2008 case No. HSC 10413 for felony
6. and civil M.O.O. joint consolidated SF122463 Writ
7. denied. Local Writs - Appeals - Civil complaints out of
8. state pending in the State nor Federal.
9. 
10.         Imminent Dangers? Yes.
11. For Hertzberg Leslie Wit protection program as: Calit
12. penal code Annotated: 140001 - 24 approx.
13.   (1) Upon parole in near future as in Denver
14. Colorado at Bus Station from Calif state prison at
15. Vacaville --- Witness to Black Trenchcoat Narcotics
16. SSA agent with died hair blond. Phoenix or
17. any place in Arizona w/ prior for fellow unit
18. agent strategically placed as link to Denver Co.
19.  (2) C.D. Rom --- (counter claim - cross claim.)
20. Aladdin Bail Bondsman on "C" Street San Diego County
21. Jail as witnessed in Del Mar Calif of Ron
22. Goldman Nicole Brown Simpson stabbed by agent
23. in Denver Co with Black hair - address of Cor
24. de Oro 15th & Hill Del Mar Ca. w/ Dr. Michael
25. A. Jaffe MD Inc. of Wilshire Blvd. Los Angeles Ca
26. roommate of petitioner. (as single parent.)
27. (3) Calif State ID Card address at 222 Ginzu
28. El Cajon Ca 92020 of James Lynn Hines DOB 5-21-6

-2-

1. Stolen in San Diego du us SSI/SSD medical --
2. medicaid recipient Sept 12 to Oct 7 2004.
3. with money deposited in seperate account of:
4. $100,000.00 to $1,000,000.00 1974 to 3-26-06
5. by Joe Colo Estates of Florida and Illinois &
6. by Joel Gray of Nashville TN. adjustable accounts.
7.
8.        As a civil moo parolee found competent my
9. right to equal treatment w/out differentiation for
10. race, religion, sex for disparate and/or differential
11. treatment w/ no other apparent reason the use of
12. electronic survielences to resolve problems of child
13. and parent parole Dept and Con Rep Supervision, State
14. and civil 1999 to 2004 to 2008 is jeopardized due
15. to the failure to communicate effectively w/ our
16. excessive cruel unusual exposure to deliberate
17. indifference because of computer lab supervision ur
18. San Diego and joinder phoenix locations by Respondents
19. 18 USCA § 2510·2520 --- Television survielonce 5 USCA
20. § 551 Federal Agency. Need for injunctive preliminary
21. relief stating : "Transferred parollee w/ new term is
22. entitled to State - civil - Federal 28 USCA § 1404 (a)
23. Change of Venue --- "Federal Transfer for a public
24. relations communication Inre: Retroactive contract to San
25. Diego County Mental Health Forensics Team us also, inre:
26. personal contract by licensed Clinical Social Worker Dave
27. Mullen Bonie Daly or/and DI of Services Jane Shell"
28. Compensation = 42 USC § 1396 = $307,500.00 2002-2008 #

-3-

1. Serious physical injury for Medical mal practice
2. Claim to incarcerated parent and juvenile child
3. has resulted for remedy of Relief Requested
4. forthwith in the interest of justice. Incarcerated
5. for agg. assault A.R.S. 13-1204 F3 a non-
6. repearable offense by nexu of civil m.o.o.
7. for parole violation on Battery non present
8. Calif pc 4501.5 SCF122463 case on
9. appeal for Double jeopardy, ineffective
10. counsel, plea of guilt as innocent, withholding
11. favorable evidence --- Case No. 3:08 cv 00688 Ben PCL
12. O'Hinoy V. Oarvaros (og) --- Petitioner request
13. relief under duress of video computer surveillance
14. California to Arizona. Partial Unfair Venue issue.
15.
16. 6-24-08                    James Lynn Hine
17.
18.
19. Note DOB of child 1990 " Alexius Bros Hosp.
20. St. Louis Mo. El cajon address as = Madison &
21. Madison Apts at J-94 East. Name of:
22. Kimberly Lee for Father as Jimmy Lee @
23. presumed. putative, biological - Natural James L.
24. Hiney 222 6th Ave. El cajon Ca. 92020. a
25. blood test required # age 18. Illegal custody.
26. Petitioner is partially blind a physical handicap
27. right eye only correctable U.C.S.D. Hospital Note of:
28. injury by Masons lodge of defendants. End. #

— 4 —



**STATE OF ARIZONA**

JANET NAPOLITANO
GOVERNOR

OFFICE OF THE GOVERNOR
1700 WEST WASHINGTON STREET, PHOENIX, AZ 85007

MAIN PHONE: 602-542-4331
FACSIMILE: 602-542-7601

October 17, 2007

James Lynn Hines #197067
ASPC – Eyman SMUII
Florence, Arizona 85232

Mr. Hines:

Thank you for your correspondence. Our staff has reviewed your information and I have been asked to respond to your concerns on behalf of the Governor.

As the Executive Branch of Government, we are precluded from intervening in matters pending before the courts, administrative proceedings or matters involving law enforcement. Please continue to work with your present attorney on this matter.

Regards,

Office of Constituent Services

# ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter Response

| Inmate Name (Last, First M.I.): | ADC Number: |
|---|---|
| O'Hines, James | 197067 |

| Institution/ Unit: | |
|---|---|
| ASPC-EYMAN/SMU II | HU: |

| From: | Location: |
|---|---|
| Deputy Warden Johnson | SMU II |

I am in receipt of your Inmate Letter dated October 8, 2006, referencing staff over familiarity. Warden Ontiveros asked me to look into this matter. There is not evidence to substantiate these charges. You also mention being singled out by staff for disciplinary action at CB-6. You received two write-ups while housed at CB-6, one major and one minor. This does not seem out of the realm of possibility considering the rest of your disciplinary history, five majors and three minors since July 27, 2005.

As for your request to be moved to Tucson or SMU I, you are currently housed approximately and within matrix.

c: Warden Ontiveros
   File

Staff Signature: [signature]   Date: 11/13/06

Distribution:  White - Central Office Master File
   Yellow - Inmate
   Pink - Institutional File

916-2PF
4/15/04

(57)

**Missouri Department of Health and Senior Services**
P.O. Box 570, Jefferson City, MO 65102-0570   Phone: 573-751-6400   FAX: 573-751-6010
RELAY MISSOURI for Hearing and Speech Impaired 1-800-735-2966   VOICE 1-800-735-2466

Jane Drummond
Director



Matt Blunt
Governor

May 3, 2007

James L. Hines #197067
B 3400
Unit 1-D-40
ASPC – Eyman SMU II
Florence, AZ 85232

Dear Mr. Hines:

This will acknowledge receipt of your letter regarding your concerns at the Arizona Department of Corrections. The Department of Health & Senior Services has no jurisdiction to comment on this issue, please use your internal grievance procedures.

Sincerely,

Brendan J. Cossette
General Counsel

BJC:bg

c:   Lisa Jones, Department of Corrections

www.dhss.mo.gov
**Healthy Missourians for life.**
The Missouri Department of Health and Senior Services will be the leader in promoting, protecting and partnering for health.

AN EQUAL OPPORTUNITY / AFFIRMATIVE ACTION EMPLOYER: Services provided on a nondiscriminatory basis.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn O'Hines

**DEFENDANTS**

Cindy Smith, et al

*(stamps overlaid: "2254 1983 ✓", "FILING FEE PAID Yes___ No ✓", "IFP MOTION FILED Yes ✓ No___", "COPIES SENT TO Court/Pro Se")*

*(FILED JUN 3 0 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY)*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Outside State
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
PO Box 3400
Florence, AZ 85232
147067

**ATTORNEYS (IF KNOWN)**

'08 CV 1169 BTM BLM

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE   7/1/2008       SIGNATURE OF ATTORNEY OF RECORD  /s/ H. Hanner